```
1  GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
   38 Discovery, Suite 200
2  Irvine, California 92618
   Telephone: (949) 753-0255
3  Facsimile: (949) 753-0265
   Electronic Service: eservice@g3pmlaw.com
4  Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

5  Attorney for Defendants FORD MOTOR COMPANY

6  YOUNG & YOUNG, APC
   Eric Young, Esq. (SBN 285928)
7  5 Park Plaza, Suite 220
   Irvine, CA   92614
8  Telephone: (833) 536-6600
   Fax: (844) 572-7150
9  ericyoung@lemonlawprotector.com

10 Attorneys for Plaintiff, DIGNA S. SANHUEZA
```

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNA S. SANHUEZA, | Case No: 8:20-cv-02036-CJC-ADS |
| | Dist. Judge: Cormac J. Carney |
| Plaintiff, | Mag. Judge: Autumn D. Spaeth |
| | Courtroom 9B |
| vs. | |
| FORD MOTOR COMPANY and DOE 1 through DOE 10, inclusive | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff Digna S. Sanhueza and Defendant FORD MOTOR COMPANY, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

///

///

1

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1. WHEREAS the parties agree that the matters in dispute between Plaintiff and Defendant have been resolved.

2. WHEREAS the Court is to retain jurisdiction over enforcement of the settlement.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

Dated: July 19, 2021          YOUNG & YOUNG, APC

                              /s/ Eric Young
                              Eric Young, Esq.
                              Attorneys for Plaintiff,
                              DIGNA S. SANHUEZA

Dated: July 19, 2021          GATES, GONTER, GUY,
                              PROUDFOOT & MUENCH LLP

                              /s/ Matthew Proudfoot
                              Matthew M. Proudfoot, Esq.
                              Attorneys for Defendant, FORD
                              MOTOR COMPANY

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/Heidi Dufour*
Heidi Dufour