**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNA S. SANHUEZA, | ) Case No: 8:20-cv-02036-CJC-ADS |
| | ) Dist. Judge: Cormac J. Carney |
| Plaintiff, | ) Mag. Judge: Autumn D. Spaeth |
| | ) Courtroom 9B |
| vs. | ) |
| | ) |
| FORD MOTOR COMPANY and DOE 1 through DOE 10, inclusive | ) **ORDER** |
| | ) |
| Defendants. | ) |

The Stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 19, 2021

Honorable Cormac J. Carney
Judge of the United States
District Court

1

ORDER